■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MOORE, Appellant.— Appeal from an order of the County Court, Sullivan County, which denied an application to correct and resettle record. Order unanimously affirmed. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.